Andrew R. McCloskey, Esq., Nevada State Bar No. 7441
amccloskey@mwwdlaw.com
McCLOSKEY, WARING, WAISMAN & DRURY LLP
4445 Eastgate Mall, Suite 200
San Diego, California 92121
Telephone:  (619) 237-3095
Facsimile:  (619) 237-3789

*Designated for personal service only:*
Christopher L. Blakesley II, Esq., Nevada State Bar No. 11922
LBC LAW GROUP
723 South 7th Street
Las Vegas, Nevada 89101
Telephone:  (702) 608-3030

Attorneys for Defendant
Navigators Specialty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | Case No.  2:23-cv-01252-RFB-VCF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** <br><br> Complaint Filed:  August 11, 2023 <br> Trial Date:  None set |

Pursuant to Local Civil Rule 6-1(a), Defendant NAVIGATORS SPECIALTY INSURANCE COMPANY ("Defendant") and Plaintiff ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint on August 11, 2023;

WHEREAS, Plaintiff served its Complaint on Defendant on August 28, 2023;

WHEREAS, Defendant currently has until Monday, September 18, 2023, to answer or respond to Plaintiff's Complaint;

WHEREAS, Defendant has requested and Plaintiff has consented to an additional 15 days for Defendant to file an answer or otherwise respond to the Complaint;

1

1   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

2   their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint

3   on or before October 2, 2023.

4   This is the first stipulation filed by the parties for an extension of time to respond to

5   Plaintiff's Complaint.

6   IT IS SO STIPULATED.

7

8

9   Dated:  September 15, 2023

**MORALES FIERRO & REEVES**

10

11   By:____/s/ Ramiro Morales_____
    Ramiro Morales
    Kelly A. Hedberg
12   Attorneys for Plaintiff
    Associated Industries Insurance
13   Company, Inc.

14

15

16   Dated:  September 15, 2023

**McCLOSKEY, WARING, WAISMAN & DRURY LLP**

17   By:____/s/ Andrew R. McCloskey_____
    Andrew R. McCloskey
18   Attorney for Defendant
    Navigators Specialty Insurance
19   Company

20

21   Dated: ___9-15-2023_____

**IT IS SO ORDERED:**

22

23   _____

24   Cam Ferenbach
    United States Magistrate Judge

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September, 2023, a true and correct copy of **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** was served electronically via the court's Odyssey CM/ECF system to all parties on the CM/ECF Service Contact List in accordance with the mandatory electronic service requirements of Administrative Order 14-2 and the Nevada Electronic Filing and Conversion Rules.

_____
Noemi Wright