# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Associated Industries Insurance Company, Inc.,<br><br>Plaintiff(s),<br><br>vs.<br><br><br>Navigators Specialty Insurance Company,<br><br>Defendant(s). | 2:23-cv-01252-RFB-MDC<br><br><br>Order |

The parties filed a notice of settlement last November (ECF No. 11), but they have not filed anything else in this case to update the Court regarding the status of settlement.

IT IS ORDERED that by June 7, 2024, the parties shall file either:

1. A short status report that includes a deadline to dismiss this case, OR
2. A stipulation and order to dismiss this case.
3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge