Ramiro Morales
State Bar No. 7101
Kelly A. Hedberg
State Bar No. 012224
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone:  (702) 699-7822
Facsimile:   (702) 699-9455
Email: rmorales@mfrlegal.com
Email: khedberg@mfrlegal.com

Attorneys for Plaintiff Associated Industries
Insurance Company, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 2:23-cv-01252-RFB-MDC <br><br> STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Associated Industries Insurance Company, Inc., by and through its attorney of record, Kelly A. Hedberg, Esq. of Morales, Fierro & Reeves and Defendant Navigators Specialty Insurance Company, by and through its attorney of record, Andrew McCloskey of McCloskey, Waring, Waisman & Drury, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims and cross-claims are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

Each party is to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

Dated:  September 11, 2024

                            MORALES FIERRO & REEVES

By: */s/ Kelly A. Hedberg*
     Kelly A. Hedberg
     Attorneys for Plaintiff
     ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.

Dated:  September 11, 2024

                            McCLOSKEY, WARING, WAISMAN & DRURY

By: */s/ Andrew McCloskey*
     Andrew McCloskey
     Attorneys for Defendant
     NAVIGATORS SPECIALTY INSURANCE COMPANY

## **ORDER**

IT IS SO ORDERED.

Date:  October 16, 2024

_____
U.S. DISTRICT JUDGE